```
 1  JULIE M. MCCOY, Bar No. 129640
    JACQUELYNE M. NGUYEN, Bar No. 249658
 2  LAW OFFICES OF JULIE M. MCCOY
    1670 SANTA ANA AVE., SUITE K
 3  COSTA MESA, CA 92627
    Telephone: (949) 722-0055
 4  Fax: (949) 722-8416

 5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-02299 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Phillip W. Graham, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Phillip W. Graham, in the principal amount of $2,357.34 plus interest accrued to February 3, 2012, in the sum of $5,952.96; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**8,310.30**.

DATED: 8/6/2012              By: ____TERRY NAFISI____
                                  Clerk of the Court
                                  L. RAYFORD
                             _____
                                  Deputy Clerk
                             United States District Court