1  JULIE M. MCCOY, Bar No. 129640
   JACQUELYNE M. NGUYEN, Bar No. 249658
2  LAW OFFICES OF JULIE M. MCCOY
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,          No. CV 12-02299
12                Plaintiff,
13       vs.                          CONSENT JUDGMENT
14 Phillip W. Graham,
15                Defendant

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Phillip W. Graham, in
20 the principal amount of $2,357.34 plus interest accrued to
21 February 3, 2012, in the sum of $5,952.96; with interest
22 accruing thereafter at 9% annually until entry of judgment,
23 administration costs in the amount of $0.00, for a total
24 amount of $**8,310.30**.

26 DATED: 8/6/2012                By: ___TERRY NAFISI___
27                                    Clerk of the Court
                                      L. RAYFORD
28                                 _____
                                   Deputy Clerk
                                   United States District Court